ß/39

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> DREW MICHAEL KOZLOWSKI | Criminal No. 2: 26-cr-161 <br><br> (18 U.S.C. §§ 2252(a)(2), 2252(a)(4)(B), 2252(b)(1) and 2252(b)(2)) <br><br> **[UNDER SEAL]** |

## INDICTMENT

## COUNT ONE

The grand jury charges:

On or about March 27, 2026, in the Western District of Pennsylvania, the defendant, DREW MICHAEL KOZLOWSKI, did knowingly receive and attempt to receive visual depictions, namely videos, using any means and facility of interstate and foreign commerce, and that have been shipped and transported in and affecting interstate and foreign commerce, by any means including the Internet and a computer, the production of which involved the use of minors engaging in sexually explicit conduct, and that depicted minors engaging in sexually explicit conduct, as those terms are defined in Title 18, United States Code, Section 2256.

In violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

**FILED**

**AUG 0 4 2026**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF PA

## COUNT TWO

The grand jury further charges:

On or about March 28, 2026, in the Western District of Pennsylvania and elsewhere, the defendant, DREW MICHAEL KOZLOWSKI, did knowingly distribute and attempt to distribute visual depictions, namely videos, using any means and facility of interstate and foreign commerce, and that have been shipped and transported in and affecting interstate and foreign commerce, by any means including the Internet and a computer, the production of which involved the use of minors engaging in sexually explicit conduct, and that depicted minors engaging in sexually explicit conduct, as those terms are defined in Title 18, United States Code, Section 2256.

In violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## <u>COUNT THREE</u>

The grand jury further charges:

On or about June 23, 2026, in the Western District of Pennsylvania, the defendant, DREW MICHAEL KOZLOWSKI, did knowingly possess visual depictions, namely, images and videos in computer graphics and digital files, the production of which involved the use of minors engaging in sexually explicit conduct, as those terms are defined in Title 18, United States Code, Section 2256, and which depict prepubescent minors and minors who had not attained 12 years of age, engaging in sexually explicit conduct, all of which had been shipped and transported in interstate and foreign commerce, by means of the Internet and a computer.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

**FORFEITURE ALLEGATIONS**

1.      Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to defendant DREW MICHAEL KOZLOWSKI that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 2253, in the event of the defendant's conviction under Counts One, Two and Three of this Indictment.

2.      Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offenses set forth in Counts One, Two and Three of this Indictment, in violation of Title 18, United States Code, Section 2252, the defendant, DREW MICHAEL KOZLOWSKI, shall forfeit to the United States of America:

a.      Any visual depiction described in Title 18, United States Code, Section 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, or shipped, in violation of Title 18, United States Code, Chapter 110;

b.      Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

c.      Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

3.      The property subject to this forfeiture notice includes but is not limited to: an Apple iPhone 17 Pro Max with IMEI 358902518837542; an Apple iMac Computer; an Apple iPhone 16 Pro Max with IMEI 357003191411324; and a Motorola G Stylus XT2115DL with IMEI 356888111466031.

4

4.  If any of the property described above, as a result of any act or omission of the defendant,

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

A True Bill,

_____
FOREPERSON

_____
TROY RIVETTI
United States Attorney
PA ID No. 56816

_____
V. JOSEPH SONSON
Assistant United States Attorney
PA ID No. 314864